Lon A. Jenkins (4060)
Tami Gadd-Willardson (12517)
MaryAnn Bride (13146)
Katherine T. Kang (14457)
OFFICE OF THE CHAPTER 13 TRUSTEE
405 South Main Street, Suite 600
Salt Lake City, Utah  84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898
Email: utahtrusteemail@ch13ut.org

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH
CENTRAL DIVISION**

**IN RE:**

ANGELETA ANGELO A
MASON-TRIPLETT-ROGUE

**Debtor**

**CASE: 17-22267**

**CHAPTER 13**

**Hon. JOEL T. MARKER**

Hearing: 01/10/2018

**TRUSTEE'S RESPONSE TO DEBTOR'S OBJECTION TO MOTION TO DISMISS,
MOTION TO ABATE AND REQUEST FOR ATTONREY FEES**

The Chapter 13 Trustee, by and through counsel, hereby responds to the above-referenced

Motion as follows:

1.  Trustee objects to the denial of his Motion to Dismiss unless the Debtors  are current

in plan payments no later than January 10, 2018.  As of December 18, 2017, the delinquency is

$1,749.00 (2.80 @ $625.00 - See Exhibit A).

2.  Trustee requests language to be included in the order that if the Debtor(s) fail to cure

any portion of the delinquent payments, the Trustee may file a Declaration of Non-Compliance

and this case will be dismissed without further notice or hearing.

3. The Trustee objects to any abatement "in the Debtor is not completely current on all plan

payments" as no creditors have received notice of this Motion.

4. The Trustee objects to denial of the Motion to Dismiss unless the Debtor also make their December 25, 2017 payment which is due prior to the hearing set, for a total amount to be cured of $2,374.

5. Unless a fee application is filed, the Trustee objects to an Order granting fees and costs because the Motion does not comply with 11 U.S.C. § 330 or Fed. R. Bankr. P. 2016.

Dated: December 18, 2017                    LAJ /S/
                                            LON A. JENKINS
                                            CHAPTER 13 TRUSTEE

CERTIFICATE OF MAILING

The undersigned hereby certifies that true and correct copy of the foregoing Trustee's Motion to Dismiss was served upon all persons entitled to receive notice in this case via ECF notification or by U.S. Mail to the following parties on December 18, 2017:

LINCOLN LAW, LOU GEHRIG HARRIS, ESQ., ECF Notification

                                            /s/ Michelle Moses

**EXHIBIT "A"**
**Trustee's Accounting of Receipts as of December 18 , 2017 for Case No. 17-22267**

| Date | Payment Type | | Amount | Date | Payment Type | Amou |
|------|--------------|---|--------|------|--------------|------|
| 4/19/17 | LOCKBOX DEBTO | 00000245100038 | $113.00 | | | |
| 4/27/17 | LOCKBOX DEBTO | 0000024516002 | $300.00 | | | |
| 5/24/17 | LOCKBOX DEBTO | 0000024543987 | $314.00 | | | |
| 6/12/17 | LOCKBOX DEBTO | 0000024556241 | $100.00 | | | |
| 6/29/17 | LOCKBOX DEBTO | 0000024576470 | $125.00 | | | |
| 7/13/17 | LOCKBOX DEBTO | 0000024591171 | $125.00 | | | |
| 7/25/17 | LOCKBOX DEBTO | 0000024597837 | $125.00 | | | |
| 8/11/17 | TFS - Delinquency ( | - | $250.00 | | | |
| 8/25/17 | TFS - Monthly Plan | | $125.00 | | | |
| 9/1/17 | TFS - Monthly Plan | | $125.00 | | | |
| 9/11/17 | TFS - Monthly Plan | | $125.00 | | | |
| 9/22/17 | TFS - Monthly Plan | | $125.00 | | | |
| 10/6/17 | TFS - Monthly Plan | | $125.00 | | | |
| 10/23/17 | TFS - Monthly Plan | | $125.00 | | | |
| 11/20/17 | TFS - Monthly Plan | | $125.00 | | | |
| 12/12/17 | TFS - Monthly Plan | | $200.00 | | | |
| 12/15/17 | TFS - Monthly Plan | | $300.00 | | | |